| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br><br>CENTRAL DISTRICT OF CALIFORNIA<br><br>Case number *(if known)* _____    Chapter    **7** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Scarth and Associates** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  **Pacific Floor Co.**<br>FDBA  **Pacific Interiors**<br>FDBA  **Pacific Floor Company**<br>FDBA  **Pacific Wholesale Floor Coverings**<br>FDBA  **Pacific Interiors and Floors**<br>FDBA  **Pacific Wholesale Floorcovering** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4871182** |
| 4. | Debtor's address | **Principal place of business**<br><br>**27310 Madison Ave, Suite 101**<br>**Temecula, CA 92591-1000**<br>Number, Street, City, State & ZIP Code<br><br>**Riverside**<br>County | **Mailing address, if different from principal place of business**<br><br>**31222 Mangrove Drive**<br>**Temecula, CA 92592**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Scarth and Associates | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Scarth and Associates | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Scarth and Associates** | Case number (*if known*) | |
| | Name | | |

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/20/2019___
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Jared Scarth
Printed name

Title   **Owner**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  12 20 2019
MM / DD / YYYY

**Gary S. Saunders SBN 144385**
Printed name

**SAUNDERS LAW GROUP, LTD**
Firm name

**1891 California Ave., Suite 102**
**Corona, CA 92881**
Number, Street, City, State & ZIP Code

Contact phone  **Telephone: (951) 272-9114**    Email address  **gary@saunderslawoffice.com**

**SBN 144385 CA**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name **Scarth and Associates**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/20/2019_____     x _____
                                              Signature of individual signing on behalf of debtor

                                              **Jared Scarth**
                                              Printed name

                                              **Owner**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Corona** _____ , California.

Date: _____ 12/20/2019 _____

_____
**Jared Scarth**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1        F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name   **Scarth and Associates**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................    $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $ _____ 0.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 43,743.61

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ 5,215,075.22

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b
      $ _____ 5,258,818.83

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Scarth and Associates**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

| Debtor | **Scarth and Associates** | Case number *(If known)* |
|--------|-----------------|------------------------|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Scarth and Associates**                              Case number *(If known)* _____
_____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name        **Scarth and Associates**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Scarth and Associates**

United States Bankruptcy Court for the:          CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,644.85 | $0.00 |
|-----|----------------------------------------------|-------------------------------------------------------------------------|-----------|-------|
|  | **Employment Development<br>Department<br>PO Box 989061<br>West Sacramento, CA 95798-9061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**7/25/17** | Basis for the claim:<br>**Unpaid Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,028.46 | $0.00 |
|-----|----------------------------------------------|-------------------------------------------------------------------------|-----------|-------|
|  | **Riverside County Treasurer<br>PO BOX 12005<br>Riverside, CA 92502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**9/15/17** | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number **4202**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,070.30 | $0.00 |
|---|---|---|---|---|

**State of California
Tax Board
PO Box 942879
Sacramento, CA 94279-0055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/16**

Basis for the claim:
**Unpaid Taxes**

Last 4 digits of account number **4292**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.24 |
|---|---|---|---|

**91 Express Lane
PO Box 845879
Los Angeles, CA 90084-5879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2499**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Accurate Communications
P.O. Box 772197
Memphis, TN 38177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Accurate Communications
P.O. Box 772197
Memphis, TN 38177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured/Business vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.00 |
|---|---|---|---|

**Accurate Communications
P.O. Box 772197
Memphis, TN 38177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **5345**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,372.50 |
|---|---|---|---|

**Adam Puentes
41690 Wild Iris
Ave, #2
Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Installer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,313.73 |
|---|---|---|---|

**Alisa Givens**
**31724 Loma Linda**
**Temecula, CA 92592**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,406.38 |
|---|---|---|---|

**Allied Interstate/United Healthcare**
**2290 Agate Court, Unit A1**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number  **5044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,443.09 |
|---|---|---|---|

**Amazon/chase**
**PO Box 94014**
**Palatine, IL 60094**

Date(s) debt was incurred __

Last 4 digits of account number  **1551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.71 |
|---|---|---|---|

**Amazon/Synchrony Bank**
**PO Box 960013**
**Orlando, FL 32896-0013**

Date(s) debt was incurred __

Last 4 digits of account number  **8078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.00 |
|---|---|---|---|

**American Bullnose of California**
**1049 S. Melrose Street, Unit G**
**Placentia, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number  **9889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.75 |
|---|---|---|---|

**AMU Equiment**
**PO Box 2555**
**Grand Island, NE 68801**

Date(s) debt was incurred  **8/15/17**

Last 4 digits of account number  **7593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,167.25 |
|---|---|---|---|

**Atlas General Insurance Services**
**Alan Gray LLC attn: Dina Massey**
**88 Broad St**
**Boston, MA 02110**

Date(s) debt was incurred __

Last 4 digits of account number  **0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Bank Of America**
**PO Box 15284**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8427**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Basic Backflow**
**3424 N. Del Rosa Ave**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/17**

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Basic Backflow**
**3424 N. Del Rosa Ave**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8980**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.39** |
|---|---|---|---|

**Bay Alarm**
**5130 Commercial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,057.16** |
|---|---|---|---|

**Bay Alarm**
**5130 Commercial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4832**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$835.30** |
|---|---|---|---|

**Bay Alarm**
**5130 Commercial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4732**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.38** |
|---|---|---|---|

**Best Buy**
**P.O. Box 78009**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8039**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scarth and Associates | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.28 |
|---|---|---|---|
| | **Beverly Radiology**<br>**PO Box 101418**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/26/17** | Basis for the claim:  **Unsecured** | |
| | Last 4 digits of account number  **3537** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,742.00 |
|---|---|---|---|
| | **Burlington Special Civil Part**<br>**49 Rancocas Rd**<br>**Mount Holly, NJ 08060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Misc** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,345.96 |
|---|---|---|---|
| | **CA Department of Tax and Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Unsecured** | |
| | Last 4 digits of account number  **5153** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,518.24 |
|---|---|---|---|
| | **CA Department of Tax and Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  **0372** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.90 |
|---|---|---|---|
| | **Caine & Weiner**<br>**P.O. Box 5010**<br>**Woodland Hills, CA 91365-5010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **7/5/17** | Basis for the claim:  **Misc** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,468.30 |
|---|---|---|---|
| | **California Department of Tax & Fee**<br>**450 N Street**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Tax and Fee** | |
| | Last 4 digits of account number  **4593** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $779.44 |
|---|---|---|---|
| | **California TS**<br>**42225 Remington Ave, Unit A2**<br>**Temecula, CA 92590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/1/17** | Basis for the claim:  **Unpaid Service Fee** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**California TS**
**42225 Remington Ave, Unit A2**
**Temecula, CA 92590**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.62** |
|---|---|---|---|

**Canon Financial Services, Inc**
**158 Gaithey Drive, Suite 200**
**Mount Laurel, NJ 08054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3736**

Basis for the claim:  **Unpaid Service Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,315.12** |
|---|---|---|---|

**Canon Financial Services, Inc**
**158 Gaithey Drive, Suite 200**
**Mount Laurel, NJ 08054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6001**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,504.22** |
|---|---|---|---|

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1840**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.29** |
|---|---|---|---|

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5103**

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,839.95** |
|---|---|---|---|

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Carpet Solutions**
**17100 Margay Ave**
**Carson, CA 90746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,245.31 |
|---|---|---|---|

**Cashcall Inc**
**Attn:Bankruptcy Department**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,233.41 |
|---|---|---|---|

**Cashcall Inc**
**Attn:Bankruptcy Department**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number  **6264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,933.75 |
|---|---|---|---|

**Cashcall Inc**
**Attn:Bankruptcy Department**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number  **6264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**CCS**
**P.O. Box 55126**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4742**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Chase**
**PO Box 901076**
**Fort Worth, TX 76101-2076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/17**

**Basis for the claim:** **Credit Card**

Last 4 digits of account number  **3706**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.00 |
|---|---|---|---|

**Childrens Primary Care**
**3880 Murphy Canyon Rd, Suite 200**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number  **5896**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.29 |
|---|---|---|---|

**Cit Group**
**14226 Ventura Blvd**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/17**

**Basis for the claim:** **Misc.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.02 |
|---|---|---|---|

**Citi Bank**
**PO Box 6243**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **9919**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.78 |
|---|---|---|---|

**Citi Card**
**PO Box 78045**
**Phoenix, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number  **9865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,474.68 |
|---|---|---|---|

**Coast Assesment Service Company**
**12755 Brookhurst Street, Sute 101**
**Garden Grove, CA 92842**

Date(s) debt was incurred _

Last 4 digits of account number  **0479**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $906.18 |
|---|---|---|---|

**Coconut Mallony Marina & Resort**
**P.O. Box 78843**
**Phoenix, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number  **1483**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.64 |
|---|---|---|---|

**Comenity Bank/Victoria Secret Card**
**PO 659728**
**San Antonio, TX 78265-9728**

Date(s) debt was incurred _

Last 4 digits of account number  **2723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,145.00 |
|---|---|---|---|

**Common Wealth of Mass**
**36 Bromfield St ste 210**
**Boston, MA 02108**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,084.52 |
|---|---|---|---|

**County of Riverside Treasurer**
**4080 Lemon Street**
**Riverside, CA 92501**

Date(s) debt was incurred _

Last 4 digits of account number  **4202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address**
CR&R
PO Box 4115 Department 411
Concord, CA 94524

Date(s) debt was incurred  **7/10/2017**

Last 4 digits of account number  **8349**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **waste services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,115.96**

---

**3.49** | **Nonpriority creditor's name and mailing address**
CR&R
P.O. Box 7183
Pasadena, CA 91109

Date(s) debt was incurred  _

Last 4 digits of account number  **6180**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$848.68**

---

**3.50** | **Nonpriority creditor's name and mailing address**
Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Date(s) debt was incurred  _

Last 4 digits of account number  **9200**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$2,059.88**

---

**3.51** | **Nonpriority creditor's name and mailing address**
DAL
PO Box 162
Clifton Heights, PA 19018-0162

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

**$4,071.55**

---

**3.52** | **Nonpriority creditor's name and mailing address**
Delores Rippey
22486 Lighthouse Drive
Sun City, CA 92587

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**$3,359.58**

---

**3.53** | **Nonpriority creditor's name and mailing address**
Delta Dental Ins Company
P.O. Box 1803
Alpharetta, GA 30023

Date(s) debt was incurred  **11/1/17**

Last 4 digits of account number  **3101**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$3,616.00**

---

**3.54** | **Nonpriority creditor's name and mailing address**
Destoto Sales Inc
20945 Osborne Street
Canoga Park, CA 91304

Date(s) debt was incurred  _

Last 4 digits of account number  **TE-Pacific**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$3,873.06**

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.06** |
|---|---|---|---|

**Disney Movie Club**
**C/O North Shore Agency**
**270 Spagnoli Road**
**Suite 110**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Unsecured**

Last 4 digits of account number  **5260**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,445.73** |
|---|---|---|---|

**Disney Rewards Visa/Chase**
**P.O. Box 94014**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **unsecured**

Last 4 digits of account number  **7345**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,850.00** |
|---|---|---|---|

**Door Saver**
**42095 Zavo Dr. #11**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/17**

**Basis for the claim:**  **Unpaid Service Fee**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,500.00** |
|---|---|---|---|

**ECC Cabinets**
**4015 Industrial Ave**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **unsecured**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,683.43** |
|---|---|---|---|

**EDD**
**PO Box 997418**
**Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Unsecured**

Last 4 digits of account number  **7855**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Edison**
**P.O. Box 600**
**Rosemead, CA 91772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/17**

**Basis for the claim:**  **Utlilies**

Last 4 digits of account number  **4736**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,114.94** |
|---|---|---|---|

**Edison**
**P.O. Box 300**
**Rosemead, CA 91772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **5992**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Scarth and Associates | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,365.00**

**Edison**
P.O. Box 300
Rosemead, CA 91772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **4550**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00**

**Edison**
P.O. Box 600
Rosemead, CA 91772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **5164**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.93**

**Edison**
P.O. Box 600
Rosemead, CA 91771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **7436**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00**

**El & El Wood Products**
6011 Schaefer
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **0985**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,687.94**

**Ellie Martin**
29739  Avenuda De Calazada
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.44**

**Elliott Mihry/California T's Screen**
42225 Remington Ave, A2
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Company Shirts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.85**

**Employement Development Dept.**
PO Box 989150
Sacramento, CA 94280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **7855**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,836.14 |
|---|---|---|---|

**Employment Development Department**
P.O. Box 19009
San Bernardino, CA 92423

Date(s) debt was incurred _

Last 4 digits of account number  **7855**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,935.02 |
|---|---|---|---|

**Emser Tile**
8431 Santa Monica Blvd
West Hollywood, CA 90069

Date(s) debt was incurred  **10/17/17**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,597.03 |
|---|---|---|---|

**Emser Tile**
8431 Santa Monica Blvd
West Hollywood, CA 90069

Date(s) debt was incurred _

Last 4 digits of account number  **8903**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,571.47 |
|---|---|---|---|

**Engineered Floors LLC**
PO Box 33127
Louisville, KY 40232-3127

Date(s) debt was incurred  **9/27/17**

Last 4 digits of account number  **6252**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Excellence in Window Cleaing**
P.O. Box 462373
Escondido, CA 92046

Date(s) debt was incurred _

Last 4 digits of account number  **7231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,788.80 |
|---|---|---|---|

**Fabian Loera**
26006 Jan Valerie Road
Murrieta, CA 92562

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,361.50 |
|---|---|---|---|

**Fabozzi T Miller, Apc**
41911 FIfth Street, Suite 200
Temecula, CA 92590

Date(s) debt was incurred _

Last 4 digits of account number  **4037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,466.00** |
|---|---|---|---|
| | **First American Title** | ☐ Contingent | |
| | **4795 Regent Blvd** | ☐ Unliquidated | |
| | **Irving, TX 75063** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,145.00** |
|---|---|---|---|
| | **Forward Financing** | ☐ Contingent | |
| | **36 Bromfield Street** | ☐ Unliquidated | |
| | **Boston, MA 02108** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,936.00** |
|---|---|---|---|
| | **Fox Capital** | ☐ Contingent | |
| | **40 Exchange Place Suite 1306** | ☐ Unliquidated | |
| | **New York, NY 10005** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,200.00** |
|---|---|---|---|
| | **Fox Capital Group, Inc** | ☐ Contingent | |
| | **140 Broadway 46th Floor** | ☐ Unliquidated | |
| | **New York, NY 10005** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Franchise Tax Board** | ☐ Contingent | |
| | **Po Box 942867** | ☐ Unliquidated | |
| | **Sacramento, CA 94267** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** **0168** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.06** |
|---|---|---|---|
| | **Frontier** | ☐ Contingent | |
| | **PO Box 740407** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-0407** | ☐ Disputed | |
| | **Date(s) debt was incurred** **10/15/17** | **Basis for the claim:** **Utlities** | |
| | **Last 4 digits of account number** **4135** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$496.87** |
|---|---|---|---|
| | **Frontier Communications** | ☐ Contingent | |
| | **P.O. Box 740407** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Unsecured** | |
| | **Last 4 digits of account number** **2413** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,007.49 |
|---|---|---|---|

**Frontier Communications**
**P.O. Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4135**

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.42 |
|---|---|---|---|

**Frontier Communications**
**P.O. Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7145**

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,781.00 |
|---|---|---|---|

**Futa**
**P.O. Box 37940**
**Hartford, CT 06176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,071.55 |
|---|---|---|---|

**FXI Collection Agency**
**PO Box 162**
**Clifton Heights, PA 19018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0032**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,583.17 |
|---|---|---|---|

**Galleher Corporation**
**9303 Greenleaf Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/17**

Last 4 digits of account number  _

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,198.94 |
|---|---|---|---|

**Gap/Visa/Synchrony Bank**
**PO Box 960017**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4453**

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Gerbey Life Insurance**
**P.O. Box 79141**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1888**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,630.48 |
|---|---|---|---|
| | **Gilardo Flores** | ☐ Contingent | |
| | **28693 Old Town Front Street** | ☐ Unliquidated | |
| | **Temecula, CA 92590** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.78 |
|---|---|---|---|
| | **Golden Eagle Liberty Mutual** | ☐ Contingent | |
| | **PO Box 59838** | ☐ Unliquidated | |
| | **Schaumburg, IL 60159-0838** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/5/18** | Basis for the claim:  **Misc.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | **Hayley Mohn** | ☐ Contingent | |
| | **32153 Corte Carmona** | ☐ Unliquidated | |
| | **Temecula, CA 92592** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,900.00 |
|---|---|---|---|
| | **Hayley Mohn** | ☐ Contingent | |
| | **32153 Corte Carmona** | ☐ Unliquidated | |
| | **Temecula, CA 92592** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **HCC** | ☐ Contingent | |
| | **6015 Figueroa Suite 1600** | ☐ Unliquidated | |
| | **Los Angeles, CA 90017** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/21/15** | Basis for the claim:  **service fee** | |
| | Last 4 digits of account number  **8728** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,474.68 |
|---|---|---|---|
| | **HOA Fees** | ☐ Contingent | |
| | **Coast Assessment** | ☐ Unliquidated | |
| | **12755 Broohurts St Suite 101** | ☐ Disputed | |
| | **Garden Grove, CA 92842** | Basis for the claim:  **HOA Fees** | |
| | Date(s) debt was incurred _ | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number _ | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,142.28 |
|---|---|---|---|
| | **Innovatice Document Solutions** | ☐ Contingent | |
| | **26855 Jefferson Ave, #E** | ☐ Unliquidated | |
| | **Murrieta, CA 92562** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unsecured** | |
| | Last 4 digits of account number  **PW03** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**Innovative Doc Solutions**
**26855 Jefferson Ave #F**
**Murrieta, CA 92562**

Date(s) debt was incurred  **7/1/17**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid services**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.33**

---

**3.98** | Nonpriority creditor's name and mailing address
**Innovative Doc Solutions**
**26855 Jefferson Ave #F**
**Murrieta, CA 92562**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.99** | Nonpriority creditor's name and mailing address
**IRS**
**Interal Revune Service**
**Ogden, UT 84201-0030**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,400.00**

---

**3.100** | Nonpriority creditor's name and mailing address
**IRS**
**Interal Revune Service**
**Ogden, UT 84201-0030**

Date(s) debt was incurred  _

Last 4 digits of account number  **1182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,400.40**

---

**3.101** | Nonpriority creditor's name and mailing address
**Jack Drvet, MD Inc**
**P.O Box 893590**
**Temecula, CA 92589**

Date(s) debt was incurred  _

Last 4 digits of account number  **8171**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$217.52**

---

**3.102** | Nonpriority creditor's name and mailing address
**Jack Ferguson CPA**
**31569 Canyon Estate Drive Suite 112**
**Lake Elsinore, CA 92532**

Date(s) debt was incurred  **11/10/17**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,900.00**

---

**3.103** | Nonpriority creditor's name and mailing address
**Joy Carpets c/o AIS Group LLC**
**PO BOX 8527**
**Mandeville, LA 70470**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$691.60**

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104**

Nonpriority creditor's name and mailing address
**Judith Campell
35790 Crest Meadow Drive
Wildomar, CA 92595**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,951.98**

---

**3.105**

Nonpriority creditor's name and mailing address
**Justin Fridell
1212 Corte Cielo
San Marcos, CA 92069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$980.00**

---

**3.106**

Nonpriority creditor's name and mailing address
**Kohl's
P.O. Box 3084
Milwaukee, WI 53201**

Date(s) debt was incurred _
Last 4 digits of account number  **0300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$332.34**

---

**3.107**

Nonpriority creditor's name and mailing address
**Liberty Mutual
PO Box 115
Lake Elsinore, CA 92531-0115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc.**

Is the claim subject to offset? ■ No  ☐ Yes

**$920.00**

---

**3.108**

Nonpriority creditor's name and mailing address
**Liberty Mutual
P.O. Box 85834
San Diego, CA 92186**

Date(s) debt was incurred  **12/26/17**
Last 4 digits of account number  **1510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,558.98**

---

**3.109**

Nonpriority creditor's name and mailing address
**Liberty Mutual
P.O. Box 85834
San Diego, CA 92186**

Date(s) debt was incurred _
Last 4 digits of account number  **8640**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.67**

---

**3.110**

Nonpriority creditor's name and mailing address
**Liberty Mutual
9450 Seward Road
Fairfield, OH 45014**

Date(s) debt was incurred _
Last 4 digits of account number  **0519**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,941.00**

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

**LifeCare Solutions**
**PO Box 740751**
**Los Angeles, CA 90074-4033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0361**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,013.46 |
|---|---|---|---|

**Log Floors**
**16025 Phoenix Drive**
**Hacienda Heights, CA 91745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/25/17**

Last 4 digits of account number  **1106**

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**M & T Bank**
**PO Box 619063**
**Dallas, TX 75261**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3894**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,762.66 |
|---|---|---|---|

**Micheal Holland**
**31222 Mangrove Dr**
**Temecula, CA 92592**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |
|---|---|---|---|

**Minuteclinic Diagnostic Medical Gro**
**P.O. Box 14000 Attn 8449E**
**Belfast, ME 04915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/23/17**

Last 4 digits of account number  **1655**

Basis for the claim:  **Medical**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,902.34 |
|---|---|---|---|

**Mohawk Carpet Distribution Inc**
**160 S. Industrial Blvd**
**Calhoun, GA 30701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/30/17**

Last 4 digits of account number __

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,902.34 |
|---|---|---|---|

**Mohawk Carpet Distribution Inc**
**160 S. Industrial Blvd**
**Calhoun, GA 30701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address
**Moleculvar**
**1475 S. Tyrell Lane**
**Boise, ID 83706**

Date(s) debt was incurred _
Last 4 digits of account number **8361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Personal**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.119** | Nonpriority creditor's name and mailing address
**Moleculvar**
**1475 S. Tyrell Lane**
**Boise, ID 83706**

Date(s) debt was incurred _
Last 4 digits of account number **3611**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.120** | Nonpriority creditor's name and mailing address
**New Way**
**7485 Ronson Road**
**San Diego, CA 92111**

Date(s) debt was incurred **7/31/17**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Service Fee**

Is the claim subject to offset? ■ No ☐ Yes

$3,431.01

---

**3.121** | Nonpriority creditor's name and mailing address
**New Way**
**7485 Ronson Road**
**San Diego, CA 92111**

Date(s) debt was incurred _
Last 4 digits of account number **n505**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business**

Is the claim subject to offset? ■ No ☐ Yes

$3,431.01

---

**3.122** | Nonpriority creditor's name and mailing address
**Nicole Schier**
**40496 Celle Madlosa**
**Temecula, CA 92591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

$3,500.00

---

**3.123** | Nonpriority creditor's name and mailing address
**Nicole Tillison**
**30159 Heritage Street**
**Murrieta, CA 92563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

$3,177.25

---

**3.124** | Nonpriority creditor's name and mailing address
**North Jefferson Park Fey Assoc.**
**PO Box 60515**
**Los Angeles, CA 90060**

Date(s) debt was incurred _
Last 4 digits of account number **0479**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

$2,932.10

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.56**

**Oasis MP Lifestyle Healthcare**
**P.O. Box 19000**
**Belfast, ME 04915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical**

Last 4 digits of account number  **0269**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.61**

**OB Hospitalist Group California**
**P.O. Box 6127**
**Greenville, SC 29606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **8612**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$442.80**

**Orkin**
**12710 Magnolia Ave**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/17**

Basis for the claim:  **Pest Control**

Last 4 digits of account number  **2891**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Pacific Life**
**P.O. Box 2030**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **3080**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,607,329.62**

**Pacific Premier Bank**
**17901 Von Karman Ave, Suite 1200**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Mortgage Loan**

Last 4 digits of account number  **1700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,319.00**

**Padco Carpet**
**1683 Sierra Madre Cir**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/17**

Basis for the claim:  **Trade Debts**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,006.23**

**PayPal Credit**
**P.O. Box 105658**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **7775**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,268.33 |
|---|---|---|---|

**Payroll Taxes**
P.O Box 37941
Hartford, CT 06176

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,873.06 |
|---|---|---|---|

**Pesoto Sales Inc.**
20945 Osborne St
Canoga Park, CA 91304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.97 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred __8/1/17__
Last 4 digits of account number __5070__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Service Fee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $638.93 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number __5070__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,374.68 |
|---|---|---|---|

**Plaza Bank**
8275 W. Flamingo Rd
Las Vegas, NV 89147

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $891.00 |
|---|---|---|---|

**Plaza Bank**
18200 Von Karman Ave
#500
Irvine, CA 92612

Date(s) debt was incurred _
Last 4 digits of account number __1700__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.84 |
|---|---|---|---|

**Progressive Managment Systems**
PO Box 2220
West Covina, CA 91790

Date(s) debt was incurred _
Last 4 digits of account number __1642__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Scarth and Associates | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.139** Nonpriority creditor's name and mailing address
**Prominence Capital Partners, LLC**
974 Sandstone Ave
Glendora, CA 91740

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,250.00**

---

**3.140** Nonpriority creditor's name and mailing address
**Prudhomme Associates CPA's**
43460 Ridge Park Drive
Temecula, CA 92590

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,582.00**

---

**3.141** Nonpriority creditor's name and mailing address
**Prudhomme Associates CPA's**
43460 Ridge Park Drive
Temecula, CA 92590

Date(s) debt was incurred _
Last 4 digits of account number  **AAS0**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

**3.142** Nonpriority creditor's name and mailing address
**Quest Diagnostics**
co Creditors Bureau USA
757 L Street
Fresno, CA 93721

Date(s) debt was incurred  **June 29, 2017**
Last 4 digits of account number  **6762**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$389.09**

---

**3.143** Nonpriority creditor's name and mailing address
**Quest Diagnostics**
co Creditors Bureau USA
757 L Street
Fresno, CA 93721

Date(s) debt was incurred  **2/21/17**
Last 4 digits of account number  **1730**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$11.17**

---

**3.144** Nonpriority creditor's name and mailing address
**Rady Children Hospital**
3020 Childrens Way
San Diego, CA 92123

Date(s) debt was incurred _
Last 4 digits of account number  **6349**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal**

Is the claim subject to offset? ■ No  ☐ Yes

**$290.84**

---

**3.145** Nonpriority creditor's name and mailing address
**Rancho California Water District**
PO Box 9017
Temecula, CA 92589

Date(s) debt was incurred _
Last 4 digits of account number  **4527**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$698.97**

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address**

**Rancho California Water District**
**PO Box 9017**
**Temecula, CA 92589**

Date(s) debt was incurred ___

Last 4 digits of account number  **4526**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$42.56**

---

**3.147** | **Nonpriority creditor's name and mailing address**

**Republic Flooring**
**2250 Yates Ave**
**Los Angeles, CA 90040**

Date(s) debt was incurred  **12/18/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,393.33**

---

**3.148** | **Nonpriority creditor's name and mailing address**

**Richard Robieau**
**3752 Mountain Gate Drive**
**Corona, CA 92882**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,204.60**

---

**3.149** | **Nonpriority creditor's name and mailing address**

**Robert McDaniel**
**c/o CCS Payment Processing Center**
**PO Box 55126**
**Boston, MA 02205**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150** | **Nonpriority creditor's name and mailing address**

**Safeco Insurance**
**11650 S. State Street, Suite 103**
**Draper, UT 84020**

Date(s) debt was incurred ___

Last 4 digits of account number  **0991**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$536.61**

---

**3.151** | **Nonpriority creditor's name and mailing address**

**Sean Anderson**
**83 Camino Del Oro**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Installer**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,397.00**

---

**3.152** | **Nonpriority creditor's name and mailing address**

**Shaw Industries**
**P.O. Box 2128**
**Dalton, GA 30722**

Date(s) debt was incurred  **2/1/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,283.56**

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address

**Shaw Industries**
P.O. Box 2128
Dalton, GA 30722

Date(s) debt was incurred ___

Last 4 digits of account number **6376**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$31,000.00**

---

**3.154** | Nonpriority creditor's name and mailing address

**SLCC Enterprise Inc.**
13668 Valley Blvd. Unit B
La Puente, CA 91746

Date(s) debt was incurred **8/12/17**

Last 4 digits of account number **0372**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,881.18**

---

**3.155** | Nonpriority creditor's name and mailing address

**SLCC Enterprise Inc.**
13668 Valley Blvd.
La Puente, CA 91746

Date(s) debt was incurred ___

Last 4 digits of account number **5668**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$627.06**

---

**3.156** | Nonpriority creditor's name and mailing address

**Southwest Healthcare System**
PO Box 31001-0827
Pasadena, CA 91110

Date(s) debt was incurred ___

Last 4 digits of account number **7195**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$514.64**

---

**3.157** | Nonpriority creditor's name and mailing address

**Sparkletts**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred **11/5/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water**

Is the claim subject to offset? ■ No ☐ Yes

**$199.15**

---

**3.158** | Nonpriority creditor's name and mailing address

**Sparkletts**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred ___

Last 4 digits of account number **3260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$327.40**

---

**3.159** | Nonpriority creditor's name and mailing address

**Sparkletts**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred ___

Last 4 digits of account number **1686**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$45.82**

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**State of Cal. Franchise Tax Board**
**PO Box**
**Sacramento, CA 95812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0168**

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,805.44 |
|---|---|---|---|

**State Payroll Taxes EDD**
**P.O. Box 989071**
**Sacramento, CA 94230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,395.00 |
|---|---|---|---|

**Strachota Insurance Agency**
**27710 Jefferson Ave Ste 100**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9673**

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.02 |
|---|---|---|---|

**Suburban Propane**
**PO BOX 12007**
**Fresno, CA 93776-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/2017**

Last 4 digits of account number  **6473**

Basis for the claim:  **Unpaid Utlitiy Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,032.00 |
|---|---|---|---|

**Szabo Time Warner Cable**
**3355 Lenox Road NE Suite 945**
**Atlanta, GA 30326-1332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2/16**

Last 4 digits of account number  _

Basis for the claim:  **Unpaid Utlitiy Bills**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,054.87 |
|---|---|---|---|

**Target Card Services**
**P.O. Box 660170**
**Dallas, TX 75266-0170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5526**

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.97 |
|---|---|---|---|

**Tecson Building Products**
**425 S. 6th Ave**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/17**

Last 4 digits of account number  _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.74 |
|---|---|---|---|

**Temecula Pain Management**
P.O. Box 893520
Temecula, CA 92589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **2916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.80 |
|---|---|---|---|

**Temecula Pain Management**
P.O. Box 310010827
Pasadena, CA 91110-0827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.67 |
|---|---|---|---|

**Temecula Valley Emergency Phys**
PO Box 4419
Woodland Hills, CA 91365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **7115**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.12 |
|---|---|---|---|

**Temecula Valley Hospital**
P.O. Box 31001-0827
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2908**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.18 |
|---|---|---|---|

**Temecula Valley Hospital**
P.O. Box 14000 Attn: 15677X
Belfast, ME 04915-4033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **1129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |
|---|---|---|---|

**The  Turoci Firm Inc**
3845 10th Street
Riverside, CA 92501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bankrupcty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.15 |
|---|---|---|---|

**The Childrens Place**
P.O. Box 659820
San Antonio, TX 78265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2070**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478.00** |
|---|---|---|---|

**The Drapey Shop**
2253 S. Santa Fe Avenue
Vista, CA 92083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Tim Strom**
30911 Medinah Way
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,196.10** |
|---|---|---|---|

**Tim Strom**
30911 Medinah Way
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,532.00** |
|---|---|---|---|

**Timewarner Cable Media Llc**
P.O. Box 101366
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **2140**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.13** |
|---|---|---|---|

**TJX Rewards**
PO Box 530948
Dahlonega, GA 30533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **8194**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,369.19** |
|---|---|---|---|

**Tom Dufft**
Po Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/17**

Basis for the claim:  **Trade Debts**

Last 4 digits of account number  **2161**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,120.16** |
|---|---|---|---|

**Tom Duffy Company**
5200 Watt Court, Suite B
Fairfield, CA 94534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2161**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**Travelers Paychex Insurance Agency,**
**150 Sawglass Drive**
**Rochester, NY 14620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **8700**

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.00 |
|---|---|---|---|

**Travelers Paychex Insurance Agency,**
**150 Sawglass Drive**
**Rochester, NY 14620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **4543**

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.96 |
|---|---|---|---|

**Treasurer Tax Collector**
**4080 Lemon Street**
**Riverside, CA 92502-2205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number  **4202**

Is the claim subject to offset? ■ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,743.63 |
|---|---|---|---|

**Treasurer Tax Collector**
**4080 Lemon Street**
**Riverside, CA 92502-2205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **0114**

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,156.58 |
|---|---|---|---|

**United Healthcare**
**PO Box 6044**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **0160**

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,406.38 |
|---|---|---|---|

**United Healthcare Allied Interstate**
**PO Box 361626**
**Columbus, OH 43236-9921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/17**

Basis for the claim:  **Unpaid Service Fee**

Last 4 digits of account number  **4063**

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.00 |
|---|---|---|---|

**US Bank**
**PO Box 108**
**Saint Louis, MO 63166-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/17**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0871**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00**

**US Bank**
PO Box 108
Saint Louis, MO 63166-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **0871**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | | **$1,121.29**

**Verizon**
PO Box 4005
Acworth, GA 30101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cell Phone**

Last 4 digits of account number  **9006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | | **$1,250.00**

**Via Innocation**
32543 Bergamo Ct
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Unsecured**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | | **$4,710.08**

**Walmart/Synchrony Bank**
P.O. Box 965022
Orlando, FL 32896-5022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **6869**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | | **$546.86**

**Walmart/Synchrony Bank**
P.O. Box 530939
Atlanta, GA 30353-0939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **3815**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | | **$4,630.94**

**Walmart/Synchrony Bank**
P.O. Box 530927
Atlanta, GA 30353-0927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured**

Last 4 digits of account number  **6869**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | | **$77,373.18**

**Wells Fargo**
PO Box 29482
Phoenix, AZ 85038-9462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/17**

Basis for the claim:  **Credit Cards**

Last 4 digits of account number  **2872**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Scarth and Associates** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.39 |
|---|---|---|---|

**Wells Fargo**
**PO Box 5058**
**Portland, OR 97208-5058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/26/2017**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **6476**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 29779**
**Phoenix, AZ 85038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **3418**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,373.18 |
|---|---|---|---|

**Wells Fargo**
**Mac 54101 - 050**
**P.O. Box 29482**
**Phoenix, AZ 85038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **2872**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,335.37 |
|---|---|---|---|

**Wells Fargo Bank**
**PO Box 6148**
**El Monte, CA 91734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Wells Fargo Bank, N.A**
**P.O. Box 10347**
**Des Moines, IA 50306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **JANUARY 11, 2018**

Basis for the claim:  **judgement**

Last 4 digits of account number  **0038**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|

**Yellow Stone**
**160 Pearl Street**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,443.75 |
|---|---|---|---|

**Zoom Professional**
**Horacio Munoz**
**3231-C Buisness Park Dr #443**
**Vista, CA 92081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/18/17**

Basis for the claim:  **Unsecured**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Scarth and Associates** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 43,743.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,215,075.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,258,818.83 |

**Fill in this information to identify the case:**

Debtor name    **Scarth and Associates**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Scarth and Associates**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City            State          Zip Code | | |
| 2.2 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City            State          Zip Code | | |
| 2.3 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City            State          Zip Code | | |
| 2.4 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City            State          Zip Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Scarth and Associates** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **Scarth and Associates**                                    Case number *(if known)*

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Clear Recon Corp<br>4375 Jutland Drive<br>San Diego, CA 92117 | 27310 Madison Ave. #103<br>Temecula, Ca. 92590 | 9/13/2018 | Unknown |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | WT Capital Lender Services v<br>Scarth and Associates<br>171322001 | Foreclosure | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Murrieta Springs Retail Group<br>LLC v Scarth and Associates<br>MCC1600881 | Civil | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Wells Fargo Bank v. Scarth<br>and Associates<br>MCC1800038 | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Engineered Floors vs. Scarth<br>and Associates<br>RIC1807751 | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Certificate of Lien State of<br>California County of Riverside<br>v. Scarth and Associates<br>DOC2017-0459509 | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Notice of Levy CA<br>Department of Tax and Feed<br>Administration v. Scarth and<br>Associates<br>102-050372 | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Notice of Levy JP Morgan v.<br>Scarth and Associates<br>102050372 | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Scarth and Associates**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **American Express Fox Capital v. Scarth and Associates**<br>ef009910-2017 | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Common Wealth of Mass v. Scarth and Associates**<br>Docket 17-17176 | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Plaza Bank v. Scarth and Associates** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Forward Financing v. Scarth and Associates**<br>4451051701 | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Scarth and Associates**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | SAUNDERS LAW GROUP 1891 California Ave., Suite 102 Corona, CA 92881 | Court Filing Fee | | $335.00 |
| | Email or website address gary@saunderslawoffice.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **Scarth and Associates** | Case number (if known) |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **Scarth and Associates**                                                     Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐  None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Scarth and Associates<br>27310 Madison Ave, Suite<br>101<br>Temecula, CA 92591-1000** | | **Dates business existed**<br>EIN:         **46-1704246**<br><br>**From-To** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒  None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☒  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒  None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

| Debtor | **Scarth and Associates** | Case number *(if known)* |
| --- | --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jared Scarth | 31222 Mangrove Dr. Temecula, CA 92592 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor   **Scarth and Associates**                                              Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 12/20/2019

_____          **Jared Scarth**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Scarth and Associates**                                    Case No. _____

_____    Chapter    **7**
                                                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept _____    $ _____    **0.00**

      Prior to the filing of this statement I have received _____    $ _____    **0.00**

      Balance Due _____    $ _____    **0.00**

2.    The source of the compensation paid to me was:

      ▨ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ▨ Debtor        ☐ Other (specify):

4.    ▨ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
          522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_12/ 2v / 201 9_

_Date_                                        **Gary S. Saunders SBN 144385**
                                              _Signature of Attorney_
                                              **SAUNDERS LAW GROUP, LTD**
                                              **1891 California Ave., Suite 102**
                                              **Corona, CA 92881**
                                              **Telephone: (951) 272-9114  Fax: Facsimile: (951)**
                                              **270-5250**
                                              **gary@saunderslawoffice.com**
                                              _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary S. Saunders SBN 144385<br>1891 California Ave., Suite 102<br>Corona, CA 92881<br>Telephone: (951) 272-9114 Fax: Facsimile: (951) 270-5250<br>California State Bar Number: SBN 144385 CA<br>gary@saunderslawoffice.com | |

☐ *Debtor(s) appearing without an attorney*

☒ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Scarth and Associates** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/20/2019 _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 12/20/2019 _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                **F 1007-1.MAILING.LIST.VERIFICATION**

Scarth and Associates
31222 Mangrove Drive
Temecula, CA 92592


Gary S. Saunders SBN
SAUNDERS LAW GROUP, LTD
1891 California Ave., Suite 102
Corona, CA 92881


91 Express Lane
PO Box 845879
Los Angeles, CA 90084-5879


Accurate Communications
P.O. Box 772197
Memphis, TN 38177


Adam Puentes
41690 Wild Iris
Ave, #2
Murrieta, CA 92562


Alisa Givens
31724 Loma Linda
Temecula, CA 92592


Allied Interstate/United Healthcare
2290 Agate Court, Unit A1
Simi Valley, CA 93065


Amazon/chase
PO Box 94014
Palatine, IL 60094

Amazon/Synchrony Bank
PO Box 960013
Orlando, FL 32896-0013


American Bullnose of California
1049 S. Melrose Street, Unit G
Placentia, CA 92870


AMU Equiment
PO Box 2555
Grand Island, NE 68801


Atlas General Insurance Services
Alan Gray LLC attn: Dina Massey
88 Broad St
Boston, MA 02110


Bank Of America
PO Box 15284
Wilmington, DE 19886


Basic Backflow
3424 N. Del Rosa Ave
San Bernardino, CA 92404


Bay Alarm
5130 Commercial Circle
Concord, CA 94520


Best Buy
P.O. Box 78009
Phoenix, AZ 85062

Beverly Radiology
PO Box 101418
Pasadena, CA 91189


Burlington Special Civil Part
49 Rancocas Rd
Mount Holly, NJ 08060


CA Department of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279


Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


California Department of Tax & Fee
450 N Street
Sacramento, CA 95814


California TS
42225 Remington Ave, Unit A2
Temecula, CA 92590


Canon Financial Services, Inc
158 Gaithey Drive, Suite 200
Mount Laurel, NJ 08054


Capital One
PO Box 60599
City of Industry, CA 91716

Carpet Solutions
17100 Margay Ave
Carson, CA 90746


Cashcall Inc
Attn:Bankruptcy Department
1600 S Douglass Rd
Anaheim, CA 92806


CCS
P.O. Box 55126
Boston, MA 02205


Chase
PO Box 901076
Fort Worth, TX 76101-2076


Childrens Primary Care
3880 Murphy Canyon Rd, Suite 200
San Diego, CA 92123


Cit Group
14226 Ventura Blvd
Sherman Oaks, CA 91423


Citi Bank
PO Box 6243
Sioux Falls, SD 57117


Citi Card
PO Box 78045
Phoenix, AZ 85062

Coast Assesment Service Company
12755 Brookhurst Street, Sute 101
Garden Grove, CA 92842


Coconut Mallony Marina & Resort
P.O. Box 78843
Phoenix, AZ 85062


Comenity Bank/Victoria Secret Card
PO 659728
San Antonio, TX 78265-9728


Common Wealth of Mass
36 Bromfield St ste 210
Boston, MA 02108


County of Riverside Treasurer
4080 Lemon Street
Riverside, CA 92501


CR&R
PO Box 4115 Department 411
Concord, CA 94524


CR&R
P.O. Box 7183
Pasadena, CA 91109


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

```
DAL
PO Box 162
Clifton Heights, PA 19018-0162


Delores Rippey
22486 Lighthouse Drive
Sun City, CA 92587


Delta Dental Ins Company
P.O. Box 1803
Alpharetta, GA 30023


Destoto Sales Inc
20945 Osborne Street
Canoga Park, CA 91304


Disney Movie Club
C/O North Shore Agency
270 Spagnoli Road
Suite 110
Melville, NY 11747


Disney Rewards Visa/Chase
P.O. Box 94014
Palatine, IL 60094


Door Saver
42095 Zavo Dr. #11
Temecula, CA 92590


ECC Cabinets
4015 Industrial Ave
Hemet, CA 92545
```

EDD
PO Box 997418
Sacramento, CA 94279


Edison
P.O. Box 600
Rosemead, CA 91772


Edison
P.O. Box 300
Rosemead, CA 91772


Edison
P.O. Box 600
Rosemead, CA 91771


El & El Wood Products
6011 Schaefer
Chino, CA 91710


Ellie Martin
29739 Avenuda De Calazada
Temecula, CA 92592


Elliott Mihry/California T's Screen
42225 Remington Ave, A2
Temecula, CA 92590


Employement Development Dept.
PO Box 989150
Sacramento, CA 94280

Employment Development Department
PO Box 989061
West Sacramento, CA 95798-9061


Employment Development Department
P.O. Box 19009
San Bernardino, CA 92423


Emser Tile
8431 Santa Monica Blvd
West Hollywood, CA 90069


Engineered Floors LLC
PO Box 33127
Louisville, KY 40232-3127


Excellence in Window Cleaing
P.O. Box 462373
Escondido, CA 92046


Fabian Loera
26006 Jan Valerie Road
Murrieta, CA 92562


Fabozzi T Miller, Apc
41911 FIfth Street, Suite 200
Temecula, CA 92590


First American Title
4795 Regent Blvd
Irving, TX 75063

Forward Financing
36 Bromfield Street
Boston, MA 02108


Fox Capital
40 Exchange Place Suite 1306
New York, NY 10005


Fox Capital Group, Inc
140 Broadway 46th Floor
New York, NY 10005


Franchise Tax Board
Po Box 942867
Sacramento, CA 94267


Frontier
PO Box 740407
Cincinnati, OH 45274-0407


Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Futa
P.O. Box 37940
Hartford, CT 06176


FXI Collection Agency
PO Box 162
Clifton Heights, PA 19018

Galleher Corporation
9303 Greenleaf Avenue
Santa Fe Springs, CA 90670


Gap/Visa/Synchrony Bank
PO Box 960017
Orlando, FL 32896


Gerbey Life Insurance
P.O. Box 79141
Phoenix, AZ 85062


Gilardo Flores
28693 Old Town Front Street
Temecula, CA 92590


Golden Eagle Liberty Mutual
PO Box 59838
Schaumburg, IL 60159-0838


Hayley Mohn
32153 Corte Carmona
Temecula, CA 92592


HCC
6015 Figueroa Suite 1600
Los Angeles, CA 90017


HOA Fees
Coast Assessment
12755 Broohurts St Suite 101
Garden Grove, CA 92842

Innovatice Document Solutions
26855 Jefferson Ave, #E
Murrieta, CA 92562


Innovative Doc Solutions
26855 Jefferson Ave #F
Murrieta, CA 92562


IRS
Interal Revune Service
Ogden, UT 84201-0030


Jack Drvet, MD Inc
P.O Box 893590
Temecula, CA 92589


Jack Ferguson CPA
31569 Canyon Estate Drive Suite 112
Lake Elsinore, CA 92532


Joy Carpets c/o AIS Group LLC
PO BOX 8527
Mandeville, LA 70470


Judith Campell
35790 Crest Meadow Drive
Wildomar, CA 92595


Justin Fridell
1212 Corte Cielo
San Marcos, CA 92069

Kohl's
P.O. Box 3084
Milwaukee, WI 53201

Liberty Mutual
PO Box 115
Lake Elsinore, CA 92531-0115

Liberty Mutual
P.O. Box 85834
San Diego, CA 92186

Liberty Mutual
9450 Seward Road
Fairfield, OH 45014

LifeCare Solutions
PO Box 740751
Los Angeles, CA 90074-4033

Log Floors
16025 Phoenix Drive
Hacienda Heights, CA 91745

M & T Bank
PO Box 619063
Dallas, TX 75261

Micheal Holland
31222 Mangrove Dr
Temecula, CA 92592

Minuteclinic Diagnostic Medical Gro
P.O. Box 14000 Attn 8449E
Belfast, ME 04915


Mohawk Carpet Distribution Inc
160 S. Industrial Blvd
Calhoun, GA 30701


Moleculvar
1475 S. Tyrell Lane
Boise, ID 83706


New Way
7485 Ronson Road
San Diego, CA 92111


Nicole Schier
40496 Celle Madlosa
Temecula, CA 92591


Nicole Tillison
30159 Heritage Street
Murrieta, CA 92563


North Jefferson Park Fey Assoc.
PO Box 60515
Los Angeles, CA 90060


Oasis MP Lifestyle Healthcare
P.O. Box 19000
Belfast, ME 04915

OB Hospitalist Group California
P.O. Box 6127
Greenville, SC 29606


Orkin
12710 Magnolia Ave
Riverside, CA 92503


Pacific Life
P.O. Box 2030
Omaha, NE 68103


Pacific Premier Bank
17901 Von Karman Ave, Suite 1200
Irvine, CA 92614


Padco Carpet
1683 Sierra Madre Cir
Placentia, CA 92870


PayPal Credit
P.O. Box 105658
Atlanta, GA 30348


Payroll Taxes
P.O Box 37941
Hartford, CT 06176


Pesoto Sales Inc.
20945 Osborne St
Canoga Park, CA 91304

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Plaza Bank
8275 W. Flamingo Rd
Las Vegas, NV 89147


Plaza Bank
18200 Von Karman Ave
#500
Irvine, CA 92612


Progressive Managment Systems
PO Box 2220
West Covina, CA 91790


Prominence Capital Partners, LLC
974 Sandstone Ave
Glendora, CA 91740


Prudhomme Associates CPA's
43460 Ridge Park Drive
Temecula, CA 92590


Quest Diagnostics
co Creditors Bureau USA
757 L Street
Fresno, CA 93721


Rady Children Hospital
3020 Childrens Way
San Diego, CA 92123

Rancho California Water District
PO Box 9017
Temecula, CA 92589


Republic Flooring
2250 Yates Ave
Los Angeles, CA 90040


Richard Robieau
3752 Mountain Gate Drive
Corona, CA 92882


Riverside County Treasurer
PO BOX 12005
Riverside, CA 92502


Robert McDaniel
c/o CCS Payment Processing Center
PO Box 55126
Boston, MA 02205


Safeco Insurance
11650 S. State Street, Suite 103
Draper, UT 84020


Sean Anderson
83 Camino Del Oro
Rancho Santa Margarita, CA 92688


Shaw Industries
P.O. Box 2128
Dalton, GA 30722

SLCC Enterprise Inc.
13668 Valley Blvd. Unit B
La Puente, CA 91746


SLCC Enterprise Inc.
13668 Valley Blvd.
La Puente, CA 91746


Southwest Healthcare System
PO Box 31001-0827
Pasadena, CA 91110


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


State of Cal. Franchise Tax Board
PO Box
Sacramento, CA 95812


State of California
Tax Board
PO Box 942879
Sacramento, CA 94279-0055


State Payroll Taxes EDD
P.O. Box 989071
Sacramento, CA 94230


Strachota Insurance Agency
27710 Jefferson Ave Ste 100
Temecula, CA 92590

Suburban Propane
PO BOX 12027
Fresno, CA 93776-2027


Szabo Time Warner Cable
3355 Lenox Road NE Suite 945
Atlanta, GA 30326-1332


Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170


Tecson Building Products
425 S. 6th Ave
La Puente, CA 91746


Temecula Pain Management
P.O. Box 893520
Temecula, CA 92589


Temecula Pain Management
P.O. Box 310010827
Pasadena, CA 91110-0827


Temecula Valley Emergency Phys
PO Box 4419
Woodland Hills, CA 91365


Temecula Valley Hospital
P.O. Box 31001-0827
Pasadena, CA 91110

Temecula Valley Hospital
P.O. Box 14000 Attn: 15677X
Belfast, ME 04915-4033


The  Turoci Firm Inc
3845 10th Street
Riverside, CA 92501


The Childrens Place
P.O. Box 659820
San Antonio, TX 78265


The Drapey Shop
2253 S. Santa Fe Avenue
Vista, CA 92083


Tim Strom
30911 Medinah Way
Temecula, CA 92592


Timewarner Cable Media Llc
P.O. Box 101366
Pasadena, CA 91189


TJX Rewards
PO Box 530948
Dahlonega, GA 30533


Tom Dufft
Po Box 39000
San Francisco, CA 94139

Tom Duffy Company
5200 Watt Court, Suite B
Fairfield, CA 94534


Travelers Paychex Insurance Agency,
150 Sawglass Drive
Rochester, NY 14620


Treasurer Tax Collector
4080 Lemon Street
Riverside, CA 92502-2205


United Healthcare
PO Box 6044
Cypress, CA 90630


United Healthcare Allied Interstate
PO Box 361626
Columbus, OH 43236-9921


US Bank
PO Box 108
Saint Louis, MO 63166-0108


Verizon
PO Box 4005
Acworth, GA 30101


Via Innocation
32543 Bergamo Ct
Temecula, CA 92592

Walmart/Synchrony Bank
P.O. Box 965022
Orlando, FL 32896-5022


Walmart/Synchrony Bank
P.O. Box 530939
Atlanta, GA 30353-0939


Walmart/Synchrony Bank
P.O. Box 530927
Atlanta, GA 30353-0927


Wells Fargo
PO Box 29482
Phoenix, AZ 85038-9462


Wells Fargo
PO Box 5058
Portland, OR 97208-5058


Wells Fargo
P.O. Box 29779
Phoenix, AZ 85038


Wells Fargo
Mac 54101 - 050
P.O. Box 29482
Phoenix, AZ 85038


Wells Fargo Bank
PO Box 6148
El Monte, CA 91734

Wells Fargo Bank, N.A
P.O. Box 10347
Des Moines, IA 50306


Yellow Stone
160 Pearl Street
New York, NY 10005


Zoom Professional
Horacio Munoz
3231-C Buisness Park Dr #443
Vista, CA 92081

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address
**Gary S. Saunders SBN 144385**
**1891 California Ave., Suite 102**
**Corona, CA 92881**
**Telephone: (951) 272-9114 Fax: Facsimile: (951) 270-5250**
California State Bar Number: SBN 144385 CA
gary@saunderslawoffice.com

FOR COURT USE ONLY

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Scarth and Associates**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **7**

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Jared Scarth**  , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

12/20/2019

_____              By: _____
Date                                                      Signature of Debtor, or attorney for Debtor

Name:    **Jared Scarth**
                _____
                Printed name of Debtor, or attorney for
                Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**